IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN J. CARTER, | § | |
|     Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-05-3521 |
| | § | |
| JUDGE MARY LOU KEEL, *et al.,* | § | |
|     Defendants. | § | |

### ORDER

This court's Order for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons, (Docket Entry No. 2), is VACATED. Plaintiff's Motion for Extension of Time for Pretrial Conference, (Docket Entry No. 7), is DENIED as moot.

The plaintiff's motion to proceed as a pauper, (Docket Entry No. 6), is GRANTED.

Also before the court is Plaintiff's Motion to Amend Complaint, (Docket Entry No. 4). Under FED. R. CIV. P. 15(a), a party may amend his pleadings once as a matter of course at any time before a responsive pleading is served. However, once a responsive pleading is served, a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires. FED. R. CIV. P. 15(a). Therefore, Plaintiff's Motion to Amend Complaint, (Docket Entry No. 4), is GRANTED.

SIGNED on January 25, 2006, at Houston, Texas.

                                                  _____
                                                      Lee H. Rosenthal
                                           United States District Judge